IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAKIM BEY,<br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN KAUFFMAN, et al.,<br>　　　　Respondents. | CIVIL ACTION<br><br><br><br><br>NO.  19-2127 |

**O R D E R**

AND NOW, this  28th  day of  September , 2020, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1), the Response thereto (Doc. No. 13), Petitioner's Motions to Stay Federal Proceedings (Doc. Nos. 6, 14), and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 15), and the Petitioner's Objections thereto (Document No. 17), it is ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**;

3. Petitioner's Motions to Stay Federal Proceedings are **DENIED**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court shall mark this case **CLOSED.**

```
                              BY THE COURT:

                              s/ J. Curtis Joyner
                              _____
                              J. CURTIS JOYNER, J.
```